767 A.2d 548

**Theresa ALBERICI, Appellee,**

**v.**

**RICHARD, DISANTI, HAMILTON & GALLAGHER, P.C.,**
**Howard Richard and Alexander Disanti, Appellants.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 2001.

Decided Feb. 16, 2001.

John Curchman Smith, Philadelphia, for Richard, Disanti, Hamilton & Gallagher, P.C. et al.

Marc Lamer, Philadelphia, for Theresa Alberici.

Before Flaherty, C.J., Zappala, Cappy, Castille, Nigro, Saylor, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.